**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANASTACIO FERNANDEZ-RIVAS,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 08-71087<br><br>Agency No. A024-333-234<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Anastacio Fernandez-Rivas, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") removal order.  We have jurisdiction under 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252.  We review de novo questions of law, *Young Sun Shin v. Mukasey*, 547 F.3d 1019, 1023 (9th Cir. 2008), and we deny the petition for review.

Fernandez-Rivas is bound by his attorney's concession of removability before the IJ, *see id.* at 1024, and has not asserted any other contentions on appeal.

**PETITION FOR REVIEW DENIED.**

08-71087